[S. F. No. 2624.   Department Two.—September 28, 1903.]

## MINERVA LYON, Respondent, v. ABRAHAM ARONSON et al., Appellants.

APPEAL FROM JUDGMENT—STIPULATION FOR REVERSAL.—Where it is stipulated upon appeal from a judgment, that in case an order granting a new trial should be affirmed the judgment should be reversed, and such order has been affirmed, the judgment will be reversed accordingly.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco.   Carroll Cook, Judge.

. The facts are stated in the opinion of the court.

Reinstein & Eisner, and Lloyd & Wood, for Appellants.

Bishop & Wheeler, for Respondent.

THE COURT.—It is stipulated that if this court affirm the order granting a new trial on the appeal from said order, S. F. No. 2659, that the judgment appealed from in this case be reversed.   The said order having been this day affirmed, the judgment in this case is hereby reversed.